UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60602-CIV-DIMITROULEAS

NOAH BERGER,

        Plaintiff,

vs.

INTERNATIONAL SOMMELIER GUILD
GLOBAL INVESTMENTS, LLC,

        Defendant.
_____/

**ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF
MAGISTRATE JUDGE; GRANTING IN PART MOTION FOR ATTORNEY'S FEES**

THIS CAUSE is before the Court upon the Report and Recommendations of Magistrate Judge Patrick M. Hunt (the "Report") [DE 29], issued on July 17, 2026, and Plaintiff's Verified Motion for Attorneys' Fees and Costs [DE 24]. The Court notes that no objections to the Report [DE 29] have been filed, and the time for filing such objections has passed.  As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 29] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 29] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  The Report [DE 29] is hereby **ADOPTED** and **APPROVED**;

2.  Plaintiff's Verified Motion for Attorneys' Fees and Costs [DE 24] is **GRANTED IN PART AND DENIED IN PART**. Plaintiff is hereby awarded $6,442.50 in fees, as well as $405.00 in costs, for a total award of $6,847.50.

3.  The Clerk shall **MAIL** a copy of this Order to Defendant at the address below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of August, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record

International Sommelier Guild Global Investments LLC
c/o Cag Financial Consultants LLC
4233 W. Hillsboro Blvd., Unit 970751
Coconut Creek, FL 33097